**REASON v. NATIONWIDE MUTUAL INS. CO.**

[342 N.C. 644 (1996)]

BRENDA BAINS REASON v. NATIONWIDE MUTUAL INSURANCE COMPANY AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

No. 547PA94

(Filed 9 February 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 116 N.C. App. 491, 448 S.E.2d 875 (1994), affirming an order entered by Brown (Franklin R.), J., on 12 November 1993 in Superior Court, Wilson County. Pursuant to Rule 30(f)(1) of the North Carolina Rules of Appellate Procedure, this case was reviewed without oral argument.

*Thomas, Farris, Turner and Smith, P.A., by Allen G. Thomas, Page Thomas Smith, and James F. Rogerson, for plaintiff-appellee.*

*Ragsdale, Liggett & Foley, by Stephanie Hutchins Autry and Cristina I. Flores, for defendant-appellee Nationwide Mutual Insurance Company.*

*Battle, Winslow, Scott & Wiley, P.A., by J. Brian Scott and M. Greg Crumpler, for defendant-appellant State Farm Mutual Automobile Insurance Company.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and the case is remanded for further consideration in light of the authority of *Nationwide Mut. Ins. Co. v. Mabe,* 342 N.C. 482, 467 S.E.2d 34 (1996).

VACATED AND REMANDED.